UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SAMMIE LEE REAVES           CIVIL ACTION NO. 10-0980-P

VERSUS                      JUDGE S. MAURICE HICKS, JR.

JOHN M. LAWRENCE, ET AL.    MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims for monetary damages are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims for injunctive relief are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 4th day of June, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE